UNITED STATES DISTRICT COURT
MIDDLE DISTRICT OF FLORIDA
JACKSONVILLE DIVISION

PAT ZHEN,

        Plaintiff,

v.                                      Case No. 3:22-cv-829 TKC MCR

TIAA FEDERAL SAVINGS BANK,

        Defendant.
_____/

**NOTICE OF DISMISSAL PURSUANT TO FED. R. CIV. PROC. 41(a)**

Plaintiff Pat Zhen ("Zhen") notifies the Court and the parties that he dismisses this action without prejudice pursuant to Federal Rule of Civil Procedure 41(a).

        Respectfully submitted,

        _/s/ Pat Zhen_____
        Pat Zhen
        411 Walnut Street 7353
        Green Cove Springs FL 32042
        legal@patzhen.com

        PLAINTIFF

## **CERTIFICATE OF SERVICE**

I, Pat Zhen, certify that the Defendant's counsel, Kimberly Held Israel, Esq., will receive electronic service of the foregoing document when it is filed by the Clerk of Court as she is a participant in the Court's ECF/CF system.

　　　　　　　　　　　　　　　　　　　　　___*/s/ Pat Zhen*_____
　　　　　　　　　　　　　　　　　　　　　Pat Zhen